UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DUNSTAN GRAY,

                      Plaintiff,                      24 **CIVIL** 2621(VSB)(BCM)

     -against-                                 **JUDGMENT**

UNITED STATES OF AMERICA,

                      Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 16, 2025, Judge Moses's Report and Recommendation is adopted in full. Accordingly, the case is closed.

**Dated:** New York, New York

      July 16, 2025

                                            **TAMMI M. HELLWIG**
                                               **Clerk of Court**

                          **BY:**

                                                  **Deputy Clerk**